# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR2092-GPC |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE BOND** |
| CAROL VAZQUEZ, | |
| Defendant. | |

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1   Upon motion of the United States of America and good cause appearing, and in
2   light of the defendant's pending charges in the Eastern District of California involving, in
3   part, offenses based on same underlying facts that support the current charge,
4   IT IS HEREBY ORDERED that: (1) the INFORMATION in the above-entitled
5   case be dismissed without prejudice; and (2) the bond in this case be exonerated.
6   **IT IS SO ORDERED.**
7   Dated: December 10, 2020

Hon. Gonzalo P. Curiel
United States District Judge